passed upon in the case of Hood to the use of McCloskey v. Albert E. Norton et al., January term, 1901, No. 111, and, for the reasons stated in the opinion in that case, this day filed, the order of the court below is affirmed, with costs.

---

## Hood, Appellant, *v.* Norton.

Argued Jan. 23, 1892. Appeal, No. 114, Jan. T., 1901, by plaintiff, from orders of C. P. No. 1, Phila. Co., June T., 1892, M. L. D. 210, making absolute rules to strike off names of terre-tenants and to set aside the service of scire facias on terre-tenants in case of James Hood to use of Joseph V. McCloskey v. Albert E. Norton, Mary S. Chain, Executrix of Hugh Chain, Jr., J. Catherwood Robinson, Lydia Smith, Augustus Sommers and Emma McClellan. Before McCollum, C. J., Mitchell, Dean, Fell, Brown, Mestrezat and Potter, JJ. Affirmed.

Opinion by Mr. Justice Brown, March 24, 1902:

The questions raised on this appeal have been considered and passed upon in the case of Hood to the use of McCloskey v. Albert E. Norton et al., January term, 1901, No. 111, and, for the reasons stated in the opinion in that case, this day filed, the order of the court below is affirmed, with costs.